**Opinion issued March 18, 2025**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

### NO. 01-24-01030-CR

### NO. 01-24-01031-CR

—————————————

## IN RE ANTOINE DAVIS -BEY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Antoine Davis-Bey filed two petitions for writ of mandamus challenging the trial court's refusal to honor an alleged automatic stay of proceedings under Texas Civil Practice and Remedies Code section 51.014(b).[1]

---

[1]   The underlying cases are *State of Texas v. Antoine Davis-Bey*, cause numbers 21-CCR-221009 and 21-CCR-221014, pending in the County Court at Law No. 1 of Fort Bend County, Texas, the Honorable Christopher G. Morales presiding.

We deny the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.

Do not publish. TEX. R. APP. P. 47.2(b).